```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    UNITED STATES OF AMERICA,                                 :
                                                              :
                                                              :
                 -v-                                          :           1:21-cr-581-GHW
                                                              :
                                                              :
    EMMANUEL ESPEJO,                                          :               ORDER
                                        Defendant.            :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/2022

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter for August 10, 2022 at 2:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: August 3, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge