UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   UNITED STATES OF AMERICA,

                -against-

   EMMANUEL ESPEJO,

                            Defendant.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2025

1:21-cr-581-GHW-2

ORDER

GREGORY H. WOODS, United States District Judge:

      The hearing currently scheduled for July 29, 2025 at 10:00 a.m. is rescheduled. The hearing will take place on July 30, 2025 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

      SO ORDERED.

Dated: July 28, 2025
New York, New York

                                              _____
                                                GREGORY H. WOODS
                                            United States District Judge